AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____  DISTRICT OF  _____NEW YORK_____

## APPEARANCE

Case Number: 08-CV-3049

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

WENCESLAO MIRANDA and
F.R.J.D Corp.

I certify that I am admitted to practice in this court.

___4-4-08___  
Date

___[signature]___  
Signature

Robert M. Simels                                RS0433
Print Name                                      Bar Number

1735 York Avenue, Suite 35C
Address

New York            NY              10128
City                State           Zip Code

(212) 369-3900              (212) 369-4516
Phone Number                Fax Number