UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    Plaintiff,

-v-

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY LOCATED AT
23 WEST 31ST STREET, NEW YORK,
NEW YORK 10001, WITH ALL
IMPROVEMENTS, APPURTENANCES, AND
ATTACHMENTS THEREON,

    Defendant-in-rem.

CASE NO. 08-cv-3049

**VERIFIED CLAIM TO PROPERTY**

---

    Wenceslao Miranda, hereby makes claim, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and 18 USC §983(a)(2), to the above-referenced property defendant, and asserts his interest and right to in rem defendant, as follows: Wenceslao Miranda asserts that the following defendant was, at the time the complaint in this action was filed, owned by him through his controlling interest in F.R.J.D. Corp., demands the return of said property, and prays to defend accordingly:

    All right, title and interest in real property located at 23 West 31st Street, New York, New York 10001, with all improvements, appurtenances, and attachments thereon

    The undersigned declares under penalty of perjury that he is duly authorized to make this claim and that the facts contained herein are true.

Dated: April 2, 2008
New York, New York

_____
Wenceslao Miranda

## VERIFICATION

State of New York           )
                            : ss.:
County of New York          )

WENCESLAO MIRANDA, being duly sworn, deposes and says:

The information contained in my Verified Claim to Property is true and correct to the best of my knowledge, information and belief.

*Wenceslao Miranda*
Wenceslao Miranda

Sworn to and subscribed
before me this 2nd day of April, 2008

_____
Notary Public

ARIENNE J. IRVING
Notary Public State of New York
No. 02IR6111557
Qualified in New York County
Commission Expires June 14, 20 08

## CERTIFICATE OF SERVICE

This is to certify that on April 4, 2008, a true copy of the foregoing Claimant's Statement Pursuant to Rule G was mailed, postage prepaid, by depositing a true copy thereof in an official depository under the exclusive care and custody of the US Postal Service within New York State, addressed to:

**Anna Elizabeth Arreola**
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007

Dated: New York, New York
April 4, 2008

Arienne J. Irving, Esq.