AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 08-CV-3049

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

WENCESLAO MIRANDA and
F.R.J.D Corp.

I certify that I am admitted to practice in this court.

_4-4-08_
Date

_[signature]_
Signature

Robert M. Simels    RSO433
Print Name    Bar Number

1735 York Avenue, Suite 35C
Address

New York    NY    10128
City    State    Zip Code

(212) 369-3900    (212) 369-4516
Phone Number    Fax Number