UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

UNITED STATES OF AMERICA,

         Plaintiff,

                                      CASE NO. 08-cv-3049

    -against-

ALL RIGHT, TITLE AND INTEREST
IN REAL PROPERTY LOCATED AT
23 WEST 31ST STREET, NEW YORK,    **CORPORATE DISCLOSURE**
NEW YORK 10001, WITH ALL    **STATEMENT PURSUANT TO**
IMPROVEMENTS, APPURTENANCES, AND    **RULE 7.1**
ATTACHMENTS THEREON,

         Defendant-in-rem.

-----------------------------------------------------------------

**FRJD CORP.'S CORPORATE DISCLOSURE STATEMENT**

Claimant, FRJD Corp., files this disclosure statement with the clerk of the court as required by Federal Rule of Civil Procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for FRJD Corp., certifies the following:

1. FRJD Corp. is a private corporation with its principal place of business in New York.

2. FRJD Corp. has no parent corporation, and no publicly held company owns ten percent or more of FRJD Corp.'s stock.

April 8, 2008
New York, New York

                                          Robert M. Simels, P.C.

                                          Robert M. Simels, Esq. (RS0433)
                                          *Attorney for Claimant FRJD Corp.*
                                          1735 York Avenue, Suite 35C
                                          New York, New York 10128
                                          212-369-3900