| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | |
|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08 Civ. 3049 | |
| DEFENDANT<br>ALL RIGHT, TITLE AND INTEREST IN REAL PROPERTY LOCATED AT 23 W. 31ST ST., NEW YORK, NY 10001, WITH ALL IMPROVEMENTS, APPURTENANCES, AND ATTACHMENTS THEREON | TYPE OF PROCESS<br>Post Notice of Complaint on Property | |

| SERVE ▶ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | USMS - SDNY |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 500 Pearl Street, New York, New York 10007 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL J. GARCIA, U.S. ATTORNEY - SDNY
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007
ATTENTION: Tony Dulgerian, Rm. 339

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                                    Fold

Please post the following Notice of Complaint for Forfeiture Against Real Property on the Defendant real property.

CATS #08-DEA-499514        Please return to FSA Law Clerk Tony Dulgerian, 212-637-2404

| Signature of Attorney or other Originator requesting service on behalf of:<br>AUSA Anna E. Arreola | x PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>212-637-2218 | DATE<br>5/13/08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 54 | District to Serve<br>No. 54 | Signature of Authorized USMS Deputy or Clerk | Date<br>5-14-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Mr. Miranda | A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service  5/14/08    Time 1230 pm<br>Signature of U.S. Marshal or Deputy #3427 |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:  POSTED

PRIOR EDITIONS MAY BE USED                                                                                        FORM USM-285

08-3049-1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA               :
                                       :
            -v-                        :   NOTICE OF COMPLAINT
                                       :   FOR FORFEITURE
ALL RIGHT, TITLE AND INTEREST          :   AGAINST REAL PROPERTY
IN REAL PROPERTY LOCATED AT            :
23 WEST 31ST STREET,                   :   08 Civ.
NEW YORK, NEW YORK 10001, WITH ALL     :
IMPROVEMENTS, APPURTENANCES, AND       :
ATTACHMENTS THEREON,                   :
                                       :
            Defendant-in-rem.          :
- - - - - - - - - - - - - - - - - - - x
```

08 CV 3049

JUDGE STEIN

TO:  F.R.J.D. Corp., Miranda Travel Freight Forwarders Corp., JM Cargo Corp., Wenceslao Miranda, a/k/a Juan Miranda, Flor Miranda, and all persons with a potential interest in the above-referenced property.

A civil complaint seeking forfeiture of the above-referenced property was filed on March 25, 2008 in the United States District Court for the Southern District of New York, by Assistant United States Attorney Anna E. Arreola on behalf of the United States of America, plaintiff, against the defendant real property. The complaint alleges that said property should be condemned as forfeitable to the United States, pursuant to 18 U.S.C. § 981(a)(1)(A), and 21 U.S.C. § 881(a)(7), for the causes stated in the complaint.

In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property and who has received direct notice of the forfeiture action must file a verified claim with the Clerk of this Court

pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, no later than thirty-five (35) days after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than thirty (30) days after final publication of newspaper notice or legal notice or no later than sixty (60) days after the first day of publication on an official internet government forfeiture site; or within the time that the Court allows, provided that any request for an extension of time is made prior to the expiration of the time in which the person must file such verified claim.  In addition, any person having filed such a claim shall also serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within twenty (20) days after filing the claim.

   Supplemental Rule G(5) provides in pertinent part: "The claim must: (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property;  (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D)."

   Claims should be filed with the Office of the Clerk, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 with a copy thereof sent to Assistant United States Attorney, Anna E. Arreola, One St. Andrews Plaza, New York, New York 10007.  If you fail to do so,

judgment by default will be taken against you for the relief demanded in the complaint.

In accordance with 18 U.S.C. § 985, this Notice shall be posted on the defendant real property and served on the owner(s) of said property, along with a copy of the complaint.

Dated:   New York, New York
         March 25, 2008

                              MICHAEL J. GARCIA
                              United States Attorney for
                              Plaintiff United States of America

By:   _____
      Anna E. Arreola
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, New York 10007
      Telephone No.: (212) 637-2218