UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                          Plaintiff,

            -against-

ALL RIGHT, TITLE AND INTEREST IN REAL
PROPERTY LOCATED AT 23 WEST 31ST STREET,
NEW YORK, NEW YORK 10001, WITH ALL
IMPROVEMENTS, APPURTENANCES, AND
ATTACHMENTS THEREON,

                        Defendant-in-rem.
-----------------------------------------------------------------X

Index No.: 08 CV 3049

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE, that Emigrant Funding Corporation hereby appears in the above entitled action, and that the undersigned has been retained as attorney for Emigrant Funding Corporation and demands that all papers in this above entitled action be served upon me at the address stated below.

Date:   New York, New York
          August 19, 2008

                                             _____
                                             MARIA J. ZETES (MZ-2906)
                                             Attorney for Emigrant Funding Corporation
                                             5 East 42nd Street
                                             New York, New York 10017
                                             (212) 850-4852

TO:    Michael J. Garcia
        United States Attorney for the
        Southern District of New York
        Attn: Anna E. Arreola
        Assistant United States Attorney
        One St. Andrew's Plaza
        New York, New York 10007

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                                    .ss:
COUNTY OF NEW YORK   )

    Linda Young, being duly sworn say; I am a secretary in the office of Maria J. Zetes, the attorney or the within named Emigrant Funding Corporation herein. That on the 19th day of August, 2008, I served Emigrant Funding Corporation's Notice of Appearance by depositing a true copy of the enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person at her last known address set forth after her name:

    Michael J. Garcia, United States Attorney for the Southern District of New York, Attn: Anna E. Arreola, Assistant U.S. Attorney, Attorney for Plaintiff, at One St. Andrew's Plaza, New York, New York 10007.

    Deponent is over the age of twenty-one years.

_____
LINDA YOUNG

Sworn to before me this
19th day of August, 2008.

_____
Notary Public

MARIA J. ZETES
Notary Public, State of New York
No. 02ZE6037811
Qualified in Suffolk County
Commission Expires February 28, 2010

Index No.  08 CV 3049   Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

REAL PROPERTY AND PREMISES LOCATED AT
23 WEST 31st STREET, NEW YORK, NY, et al.

Defendants.

NOTICE OF APPEARANCE

Signature (Rule 130-1.1-a)

Print name beneath

Maria J. Zetes
*Attorney for*   Emigrant Funding Corporation
*Office and Post Office Address, Telephone*
5 East 42nd Street
New York, New York 10017
(212) 850-4852

Service of a copy of the within is hereby admitted.
Dated

Attorney(s) for

To
Attorney(s) for

---

**NOTICE OF ENTRY**

PLEASE take notice that the within is a *(certified)* true copy of a duly entered in the office of the clerk of the within named court on

Dated,

Yours, etc.

*Attorney for*

*Office and Post Office Address*

To
Attorney(s) for

---

**NOTICE OF SETTLEMENT**

PLEASE take notice that an order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court, at

on    M.
at
Dated,

Yours, etc.

*Attorney for*

*Office and Post Office Address*

To
Attorney(s) for