UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X    Case No.:  08 CV 3049
UNITED STATES OF AMERICA,

                Plaintiff,                                    RULE 7.1 STATEMENT

     -against-

ALL RIGHT, TITLE AND INTEREST IN REAL
PROPERTY LOCATED AT 23 WEST 31ST STREET,
NEW YORK, NEW YORK 10001, WITH ALL
IMPROVEMENTS, APPURTENANCES, AND
ATTACHMENTS THEREON,

              Defendant-in-rem.
------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Emigrant Funding Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Dated:  August 19, 2008

                                                  _____
                                                  Maria J. Zetes, Esq. (MZ-2906)
                                                  Attorney for Emigrant Funding Corporation
                                                  5 East 42nd Street
                                                  New York, New York  10017
                                                  (212) 850-4852

Index No. 08 CV 3049   Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

REAL PROPERTY AND PREMISES LOCATED AT 23 WEST 31st STREET, NEW YORK, NY, et al.

Defendants.

## RULE 7.1 STATEMENT

Signature (Rule 130-1.1-a) _____

Print name beneath

Maria J. Zetes
*Attorney for*   Emigrant Funding Corporation
*Office and Post Office Address, Telephone*
5 East 42nd Street
New York, New York 10017
(212) 850-4852

To

*Attorney(s) for*

Service of a copy of the within is hereby admitted.
Dated

_____

*Attorney(s) for*

1500 — **Blumberg**Excelsior Inc., NYC 10013

---

═══ NOTICE OF ENTRY ═══

PLEASE take notice that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

Dated,

Yours, etc.

*Attorney for*

*Office and Post Office Address*

To

*Attorney(s) for*

═══ NOTICE OF SETTLEMENT ═══

PLEASE take notice that an order
of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court, at
on
at   M.
Dated,

Yours, etc.

*Attorney for*

*Office and Post Office Address*

To

*Attorney(s) for*